UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ultra Cartridge Corp.,

Plaintiff,

vs.

John Cottrell et al.,

Defendants.

Civil No. 02-343 JMR/FLN

**ORDER**

---

Kenneth Hall for Plaintiff.
Peter Nikolai for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 2, 2002 on the Defendants' Motion to Amend its Answer to Include the Affirmative Defense of Res Judicata [#12].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This Court concludes that the patent infringement claim in federal court does not arise out of the same nucleus of operative facts as the state court claim for misappropriation of trade secrets. Thus, amending the Defendants' Answer to include the affirmative defense of res judicata would be futile. As such, the Motion is **DENIED**.

DATED: 12/31 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK