UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-343(JMR/FLN)

| | | |
|---|---|---|
| Ultra Cartridge | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| John Cottrell et. al. | ) | |

Plaintiff appeals the Order dated December 31, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, denying defendants' motion to amend their answer to include the affirmative defense of res judicata. Defendants' appeal was timely, pursuant to Local Rule 72.1(b)(2).

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order. The Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

The Magistrate's December 31, 2003, Order [Docket #12] is affirmed.

Dated: February 3d, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED FEB 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK