UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-343(JMR/FLN)

| | | |
|---|---|---|
| Ultra Cartridge | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| John Cottrell et. al. | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on March 6, 2003.

Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, defendant's motion for summary judgment [Docket No. 17] is denied.

IT IS SO ORDERED.

Dated: March 19th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 3-21-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK